**DISMISS; Opinion Filed June 29, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-16-01277-CV**

**HAROLD HASWELL, Appellant**

**V.**

**CACH, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01615-2016**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Schenck

On October 25, 2016, Harold Haswell filed his notice of appeal of the trial

court's judgment in favor of appellee CACH, LLC. After Haswell filed his brief,

CACH informed the Court that it had filed for bankruptcy. Accordingly, we abated

the appeal. *See* TEX. R. APP. P. 8.2.

On October 11, 2019, we received CACH's motion to reinstate and dismiss

the appeal. *See* TEX. R. APP. P. 8.3. However, as we noted by letter dated October

14, 2019, Haswell's signature was required and allowed him an opportunity to file

an amended motion complying with the rule. On November 6, 2019, the Court

granted CACH's motion insofar as the appeal was reinstated but denied insofar as it sought dismissal.

On May 27, 2021, we sent a letter to Haswell, informing him that because he had not communicated with this Court since February 10, 2017, we would dismiss his appeal for want of prosecution unless, within ten days of the date of the letter, he responded with cause as to why the appeal should not be dismissed. *See* TEX. R. APP. P. 42.3(b)(c). Haswell has not responded or otherwise communicated with this Court since. Accordingly, we dismiss his appeal. *See id.*

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

161277F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

HAROLD HASWELL, Appellant

No. 05-16-01277-CV    V.

CACH, LLC, Appellee

On Appeal from the County Court at Law No. 4, Collin County, Texas

Trial Court Cause No. 004-01615-2016.

Opinion delivered by Justice Schenck. Justices Reichek and Carlyle participating.


In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CACH, LLC recover its costs of this appeal from appellant HAROLD HASWELL.


Judgment entered this 29th day of June 2021.